**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
**MINUTES OF PROCEEDINGS**

**Office:** Trenton                              **Proceeding Date:** 9/16/10

**JUDGE** Garrett E. Brown, Jr.
**COURT REPORTER** K. Korchick
**DEPUTY CLERK** D. Murphy

**TITLE OF CASE:**

**ROCHEUX INTERNATIONAL OF NEW JERSEY, INC.,**

                                               Civ. #06-6147 (GEB)
   V.

**U.S. MERCHANTS FINANCIAL GROUP, INC., et al.,**

**APPEARANCES:**
N. Caputo, Esq., for Pltf.
B. McMahon, Esq. for Defts.

**NATURE OF PROCEEDINGS:** MOTION HEARING

Motion by plaintiff for summary judgment (#88) - taken under advisement.
Cross-motion by Defendants for summary judgment and redesignation (#92) - taken under advisement.

                                        **S/Daniel P. Murphy**
                                           Deputy Clerk

COMMENCE: 1:15 p.m. - 4:00 p.m.
ADJOURNED: 1:45 p.m. - 5:30 p.m.