UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Nicholas Caputo, Esq. (NC-8500)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
80 Campus Drive
South Kearny, New Jersey 07032
(973) 522-0766

Attorney for Plaintiff
Rocheux International of New Jersey, Inc.

------------------------------------------------------------- x
ROCHEUX INTERNATIONAL OF NEW : 
   JERSEY, INC., : Civil Action No.: 06-6147
 :
                           Plaintiff, : Hon. Garrett E. Brown, Jr., U.S.D.J.
 :
        -against- :
 :
U.S. MERCHANTS FINANCIAL GROUP, INC., U.S. : **NOTICE OF PLAINTIFF'S**
MERCHANTS, INC., a division of U.S. MERCHANTS : **MOTION FOR**
FINANCIAL GROUP, INC. d/b/a U.S. MERCHANTS : **RECONSIDERATION**
and/or THE MERCHANT OF TENNIS, THE :
MERCHANT OF TENNIS INC., and DIVERSIFIED :
REPACKAGING CORPORATION, :
 :
                        Defendants. :
------------------------------------------------------------- x

TO:   Brian McMahon, Esq.
       GIBBONS P.C.
       One Gateway Center
       Newark, New Jersey 07102

PLEASE TAKE NOTICE that Plaintiff Rocheux International of New Jersey, Inc. will move this Court before the Honorable Chief Judge Garrett E. Brown, Jr. at the United States District Court, on the 15th day of November, 2010, for an order, pursuant to Local Civ. R. 7.1(i), granting Plaintiff's Motion for Reconsideration limited to that portion of this Court's Order and Memorandum Opinion dated September 29, 2010 that denied Plaintiff interest at the contractual

1

{00501132.DOC;1 }

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiff will rely upon the annexed declaration of Nicholas Caputo dated October 12, 2010, with the exhibits annexed thereto and the accompanying Memorandum of Law. A proposed form of order is enclosed.

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. Proc. 6(c), opposition papers, if any, shall be served upon the undersigned at least fourteen days before the hearing.

Dated: October 12, 2010

>Respectfully submitted,
>
>ROBINSON BROG LEINWAND GREENE
>GENOVESE & GLUCK P.C.
>
>By: _____
>Nicholas Caputo, Esq.
>Attorney for Plaintiff

{00501132.DOC;1}