UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Robinson Brog Leinwand Greene Genovese & Gluck P.C.
80 Campus Drive
South Kearny, New Jersey 07032
(973) 522-0766
Attorney for Plaintiff
Rocheux International of New Jersey, Inc.
------------------------------------------------------------------- x

ROCHEUX INTERNATIONAL OF NEW    :
   JERSEY, INC.,      :
     :    Hon. Garrett E. Brown, Jr., U.S.D.J.
     Plaintiff,    :
     :    Civil Action No.: 06-6147 (GEB)
   -against-    :
     :
U.S. MERCHANTS FINANCIAL GROUP, INC., U.S. :
MERCHANTS, INC., a division of U.S. MERCHANTS :    **CERTIFICATION OF SERVICE**
FINANCIAL GROUP, INC. d/b/a U.S. MERCHANTS :
and/or THE MERCHANT OF TENNIS, THE :
MERCHANT OF TENNIS INC., and DIVERSIFIED :
REPACKAGING CORPORATION.,      :
     :
     Defendants.    :
------------------------------------------------------------------- x

I hereby certify that on this date the original Notice of Motion for Reconsideration together with all papers submitted in support of said motion have been sent via electronic mail to the Clerk, United States District Court in the District of New Jersey, Martin Luther King, Jr. Federal Building and U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07102, and that a courtesy copy of the within moving papers have been forwarded to the Honorable Garret E. Brown, Jr., Chief Justice, U.S.D.C., Martin Luther King, Jr. Federal Building & U.S. Courthouse, 50 Walnut Street, Newark, New Jersey 07101 via regular mail. I further certify that copies of the within moving papers have been forwarded via regular mail upon:

{00502262.DOC;1 }

Brian J. McMahon, Esquire          Ronald S. Kaufman, Esquire
Gibbons, P.C.                      Fenigstein & Kaufman, P.C.
One Gateway Center                 1900 Avenue of the Stars
Newark, New Jersey 07102           Suite 2300
                                   Los Angeles, CA 90067-4314


I certify that the foregoing statements made by me are true.  I am aware that if in any of

the foregoing statements made by me are willfully false, I am subject to punishment.

JOANNE BRENNAN

Dated:  October 13, 2010

{00502262.DOC;1 }