UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Nicholas Caputo, Esq. (NC-8500)
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
80 Campus Drive
South Kearny, New Jersey 07032
(973) 522-0766

Attorney for Plaintiff
Rocheux International of New Jersey, Inc.

---

| | |
|---|---|
| ROCHEUX INTERNATIONAL OF NEW JERSEY, INC.,, | |
| Plaintiff, | Hon. Garrett E. Brown, Jr., U.S.D.J. |
| -against- | Civil Action No.: 06-6147 |
| U.S. MERCHANTS FINANCIAL GROUP, INC., U.S. MERCHANTS, INC., a division of U.S. MERCHANTS FINANCIAL GROUP, INC. d/b/a U.S. MERCHANTS and/or THE MERCHANT OF TENNIS, THE MERCHANT OF TENNIS INC., and DIVERSIFIED REPACKAGING CORPORATION., | **ORDER** |
| Defendants. | |

THIS MATTER having come before the Court on Plaintiff's motion for reconsideration limited to that portion of this Court's Order and Memorandum Opinion dated September 29, 2010 that denied Plaintiff interest at the contractual rate of 1.5% per month and attorneys' fees; and the Court having considered the parties' papers and positions:

IT IS on this _____ day of _____, 2010,

ORDERED that Plaintiff's motion for reconsideration is granted; it is further

{00501905.DOC;1 }

ORDERED that that portion of the Court's Order and Memorandum Opinion dated September 29, 2010 that denied Plaintiff's motion for summary judgment seeking contractual interest and attorneys' fees is hereby modified to award Plaintiff interest at the rate of 1.5% per month on any sums due for goods sold by Plaintiff to Defendants (including sums previously awarded to Plaintiff in the September 29, 2010 Order and Memorandum Opinion and sums awarded at trial) and attorneys' fees as sought in Plaintiff's motion for summary judgment; and it is further

ORDERED that Plaintiff is hereby directed to submit a certification of costs and expenses, including attorneys' fees, within fifteen (15) days of the date of this Order.

_____
GARRETT E. BROWN, JR., U.S.D.J.