ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK P.C.

A NEW YORK PROFESSIONAL CORPORATION
ATTORNEYS AT LAW

8 HACKENSACK AVENUE

SOUTH KEARNY, NEW JERSEY 07032

(973) 522-0766

FAX (973) 344-8861

NEW YORK OFFICE:
875 THIRD AVENUE
NEW YORK, NY 10022-0123
(212) 603-6300
FAX (212) 956-2164

October 13, 2010

Hon. Garrett E. Brown, Jr., Chief, U.S.D.J.
Chief Judge U.S. District Court – District of New Jersey
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street Room 4E
Trenton, NJ 08608

      Re:  Rocheux International of New Jersey, Inc. v.
            U.S. Merchants Financial Group, Inc., *et al.*
            Docket No.: 06-cv-6147

Dear Judge Brown:

    Enclosed please find a Notice of Motion for Reconsideration, supporting declaration and Memorandum of Law, Certificate of Service and Proposed Order filed on behalf of Plaintiff Rocheux International of New Jersey, Inc. in the above matter.

    Thank you for your consideration of this motion.

                              Respectfully submitted,

                              Nicholas Caputo

NC:ms
Enclosures

cc:    Brian McMahon, Esq.
        Ronald S. Kaufman, Esq.

{00502269.DOC;1 }