UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK VICINAGE

Nicholas Caputo, Esq.
ROBINSON BROG LEINWAND
 GREENE GENOVESE & GLUCK P.C.
Attorney for Plaintiff
80 Campus Drive
South Kearny, New Jersey 07032
(973) 522-0766


Brian McMahon, Esq.
GIBBONS P.C.
Attorney for Defendants
One Gateway Center
Newark, New Jersey 07102
(973) 596-4500

---

| | |
|---|---|
| ROCHEUX INTERNATIONAL OF NEW JERSEY, INC.,, <br>               Plaintiff, <br><br> -against- <br><br> U.S. MERCHANTS FINANCIAL GROUP, INC., U.S. MERCHANTS, INC., a division of U.S. MERCHANTS FINANCIAL GROUP, INC. d/b/a U.S. MERCHANTS and/or THE MERCHANT OF TENNIS, THE MERCHANT OF TENNIS INC., and DIVERSIFIED REPACKAGING CORPORATION., <br><br>               Defendants. | Hon. Garrett E. Brown, Jr., U.S.D.J. <br><br> Civil Action No.: 06-6147 (GEB) <br><br> **STIPULATION AND ORDER OF DISMISSAL** |

**WHEREAS**, this matter having been amicably resolved between the parties in accordance with a confidential Stipulation of Settlement (the "Stipulation of Settlement"), and,

**WHEREAS**, the Stipulation of Settlement provides <u>inter alia</u>, for settlement payments over time, and for the entry of a Consent Judgment by this Court in the event of an uncured default by Defendants in any payments thereunder, and,

WHEREAS, this Court has reviewed the Stipulation of Settlement and its is approved by the Court;

WHEREAS, the Consent Judgment has been approved and executed by the counsel for Plaintiff and counsel for Defendants,

It is on the 2d ~~April~~ May 2011;

**ORDERED:**

1. This action is dismissed in its entirety with prejudice and without costs;

2. The Court hereby retains jurisdiction to enforce the terms of the Stipulation of Settlement (and the exhibits thereto), and to enter and enforce the Consent Judgment, upon a showing by affidavit or declaration of counsel, on notice to Defendants' counsel, that there has been an uncured default. In the event of a default under the Stipulation of Settlement, Defendants shall not contest the entry of the Consent Judgment, and the Court shall issue and enter the Consent Judgment in the amount set forth in the Stipulation of Settlement (less any Installment Payments made by Defendants as defined in the Stipulation of Settlement), which judgment shall be final and non-appealable, unless Defendants can establish that there was no default, or that it was cured within the time permitted in the Stipulation of Settlement, *time being of the essence* or that the amount sought is not the correct amount or is not due.

SO STIPULATED:

Dated: April __, 2011

ROBINSON BROG LEINWAND GREENE
GENOVESE & GLUCK P.C.
Attorney for Plaintiff Rocheux International
of ~~New Jersey,~~ Inc.

By: _____
Nicholas Caputo

Dated: April 19, 2011

GIBBONS P.C.
Attorney for Defendants

By: _____
   Brian McMahon

SO ORDERED:

_____
Hon. Garrett E. Brown, Jr., III, Chief Judge, U.S.D.J.